### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON DARNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:23-cv-3595 |
| | ) |
| KRAFT HEINZ FOOD COMPANY, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure hereby voluntarily dismisses all claims in this action without prejudice. Each party to bear their own costs and attorneys' fees.

Respectfully submitted,

By: */s/ C. Jason Brown*
Charles Jason Brown MO #49952
Jayson A. Watkins MO #61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-424-1390
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com
ATTORNEYS FOR PLAINTIFF

### Certificate of Service

I hereby certify that a true and correct copy of the above and foregoing was sent on November 21, 2023, via ECF to all Counsel of Record.

/s/ *C. Jason Brown*
Attorney for Plaintiff

1