# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON DARNELL,<br>　　*Plaintiff,*<br><br>　　　　v.<br><br>KRAFT HEINZ FOOD COMPANY,<br>　　*Defendant.* | Civil Number: **23-cv-3595-RJD** |

## JUDGMENT IN A CIVIL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 28, 2023, this case is DISMISSED without prejudice. Each party to bear their own costs.

　　**DATED:  November 28, 2023**

　　　　　　　　　　　　　　　　　　　　　　　MONICA A. STUMP
　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　By: *s/Jamie Melson*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**APPROVED:**

*s/ Reona J. Daly*
HON. REONA J. DALY
UNITED STATES MAGISTRATE JUDGE